**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Victoria Lou Dagostaro and Steven Earl Medlin,
Defendants,

Of whom Victoria Lou Dagostaro is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000857

———————————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-463
Submitted December 19, 2022 – Filed December 21, 2022

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, as Guardian ad litem for Appellant.

Kaye Davis, of South Carolina Department of Social Services, of Walhalla; and Andrew Troy Potter, of Anderson, both for Respondent.

Kimberly Welchel Pease, of Kimberly R. Welchel, Attorney At Law, of Seneca, for the Guardian ad litem for the minor children.

---

**PER CURIAM:** Victoria Lou Dagostaro appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Dagostaro's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.